ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 21 2006

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| WENFORD FLETCHER, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:05-CV-2138-B |
| | ) | ECF |
| DALLAS POLICE DEPARTMENT, et al., | ) | |
|     Defendants. | ) | |

**ORDER**

    The Court has considered the Findings and Recommendation of the United States

Magistrate Judge on "Defendants Schwend and Foster's Opposed Motion for Discovery

Protective Order" (doc. 20) and hereby accepts the Findings and Recommendation. Defendants *(Schwend & Foster ONLY)*

need not make the initial disclosures required by FED. R. CIV. P. 26(1)(A) pending determination

of their entitlement to qualified immunity.

    IT IS SO ORDERED March 21, 2006.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE